```
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION
```

```
LINDSY CLEMONS,                    )
                                   )
    Plaintiff,                     )
                                   )
         v.                        )   NO.  3:10-1061
                                   )
AM MED DIRECT, LLC, et al.,        )   Judge Campbell/Bryant
                                   )
    Defendants.                    )
```

### **O R D E R**

The plaintiff has filed a Notice of Voluntary Dismissal (Docket Entry No. 19) of this case.  There is nothing remaining to be done by the undersigned in this matter.  The Clerk is directed to return this file to the Chief Judge for his consideration of the notice of voluntary dismissal.

It is so **ORDERED**.

```
                              s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge
```