**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **LINDSY CLEMONS** | ) |
| | ) |
| | ) **Case No. 3:10-1061** |
| **v.** | ) **JUDGE SHARP** |
| | ) |
| **AM MED DIRECT, LLC, et al.,** | ) |

**O R D E R**

Pursuant to the Notice of Voluntary Dismissal (Docket Entry No. 19) filed by the plaintiff, this action is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE